UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL RAUL REYES-PENA, | : | CIVIL ACTION NO. 3:CV-16-0042 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 13th DAY OF APRIL, 2016,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. Petitioner's motions to subpoena witnesses (Docs. 19, 20) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**